Local AO 470  (Rev. 11/16)  Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
## for the
District of North Dakota

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.   3:26-cr-00082 |
| | ) |
| Dontay Letraell Jenkins | ) |
| | ) |

## ORDER SCHEDULING
## DETENTION HEARING

A hearing in this case is scheduled as follows:

| **Type:**  Detention Hearing | **Date and Time:**   May 5, 2026 |
|---|---|
| | 1:30 PM |
| **Place:**  U.S. Federal Courthouse | **Courtroom No.:** |
| 220 E. Rosser Ave., Bismarck, ND | Bismarck Courtroom 2 to Fargo Courtroom 2 |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   05/01/2026

/s/ Clare R. Hochhalter
*Judge's signature*

Clare R. Hochhalter, Magistrate Judge
*Printed name and title*