AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

REC'D USMS-FARGO, ND
'26 APR 23 PM1:03

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dontay Letraell Jenkins | ) | Case No.   3:26-cr-82 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Dontay Letraell JENKINS                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Possession with Intent to Distribute a Controlled Substance
Aiding and Abetting

| | |
|---|---|
| Date:    04/23/2026 | /s/ Bre Solberg Luedtke |
| | *Issuing officer's signature* |
| City and state:    Fargo, ND | Bre Solberg Luedtke, Deputy Clerk |
| | *Printed name and title* |

| Return |
|---|
| This warrant was received on *(date)*  4/23/26 , and the person was arrested on *(date)*  4/30/26  at *(city and state)*  FARGO, ND . |
| Date:  5/1/26 |
| *Arresting officer's signature* |
| TFO PAUL CECHOS |
| *Printed name and title* |